UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MILAGROS ROSARIO,

    Petitioner,

v.                                                 CASE NO. 6:05-cv-1021-Orl-31DAB
                                                 (6:03-cr-224-Orl-31DAB)

UNITED STATES OF AMERICA,

    Respondent.

## **ORDER**

       Petitioner filed a Letter/Motion for Relief (Doc. No. 1, filed July 11, 2005), which has been treated as a request for relief under 28 U.S.C. § 2255. Not later than eleven (11) days from the date of this Order, Petitioner shall refile his motion on the form provided as an attachment to this Order by the Clerk. Petitioner shall also provide the Clerk with one (1) additional copy of the revised motion for the Government.

       In the event that Petitioner is not seeking relief under section 2255, he shall file, within eleven (11) days from the date of this Order, a written statement indicating that he is not seeking relief under section 2255. Since there is a period of limitation involved when filing a section 2255 motion, the Court must be sure of Petitioner's intentions. The failure to comply with this Order will result in the denial of this action without further notice.

       **DONE AND ORDERED** in Chambers at Orlando, Florida, this 13th day of July, 2005.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies to:
pslc 7/13
Milagros Rosario